IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NOUIS TECHNOLOGIES, INC.,

           Plaintiff,

v.

POLARIS INDUSTRIES, INC.,

           Defendant.

ORDER

14-cv-233-jdp

---

    Plaintiff Nouis Technologies, Inc., has moved for relief from this court's standing Administrative Order 311. That order requires a party to file a redacted, public version of any document filed under seal. Plaintiff's motion, Dkt. 101, will be denied.

    The purpose of Administrative Order 311 is to ensure that the court's work is conducted in public, and that only material that must be kept confidential is withheld from public disclosure. The order applies to patent cases. Indeed, the order is particularly important in patent cases where the routine sealing of filed documents would prevent the public from understanding the basis for the court's rulings.

    Plaintiff's motion concerns Dkt. 92, its reply brief in support of its motion to compel, and Dkt. 93, a supporting declaration that attaches two deposition transcripts. Plaintiff contends that redacting the "truly confidential" portions would not leave anything that makes sense. The court is not persuaded. The reply brief cites the deposition transcripts, but it is hard to see how the very short quotations from the depositions would require significant, or even any, redactions to the brief. The declaration itself contains nothing confidential. The deposition transcripts might well contain some confidential information (the court has not reviewed them entirely), although they also contain much that is not.

Plaintiff has three days to comply with Administrative Order 311 by filing redacted public versions of Dkt. 92 and Dkt. 93.

Entered October 13, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge